UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHRAF MOHAMED <br><br> Plaintiff <br><br> v. <br><br> AH TRANSPORT, INC., <br> ALAN L. BROWN, <br> MID SOUTH TRUCK AND TRAILER REPAIR, INC. <br> and JERRY WILLIAMS <br><br> Defendants | : <br> : <br> : <br> : <br> : CIVIL ACTION NO. 15-CV-02113 <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## **NOTICE OF DISMISSAL**

NOW COME the parties hereto, by and through their respective attorneys, and stipulate and agree that an entry of Dismissal with Prejudice may be made in the above captioned matter:

ASHRAF MOHAMED,
Plaintiff

Dated: 12/21/18

/s/ Thomas J. Sherrer
Thomas J. Sherrer, Esq.
Attorney for Plaintiff

/s/ Scott Cooper
Scott Cooper, Esq.
Attorney for Plaintiff

A.H. TRANSPORT, INC.,
Defendant

Dated: 12/21/18

/s/ Timothy D. Rau
Timothy Rau, Esq.
Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHRAF MOHAMED<br><br>  Plaintiff<br><br>  v.<br><br>AH TRANSPORT, INC.,<br>ALAN L. BROWN,<br>MID SOUTH TRUCK AND TRAILER REPAIR, INC.<br>and JERRY WILLIAMS<br><br>  Defendants | :<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO. 15-CV-02113<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Thomas J. Sherrer, Esq., Attorney for Plaintiff Ashraf Mohamed, do hereby certify that a true and correct copy of Notice of Dismissal was filed through the CM/ECF system.

DATED AT Burlington, Vermont, this 21st day of December, 2018.

THOMAS SHERRER, PLLC

/s/ Thomas J Sherrer
_____
Thomas J. Sherrer, Esq.
Waterfront Plaza
180 Battery Street, Suite 360
Burlington, VT 05401
(802) 881-0757
Attorney for the Plaintiff